MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARRIE MAE GIBSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 1:18-cv-00495-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will remand this case to an administrative law judge (ALJ) and direct him or her to issue a new decision.  The ALJ will reevaluate the examining medical source opinion of Emanuel Dozier, M.D.  The ALJ will also reevaluate whether Plaintiff was able to perform her past relevant work.

Case No. 1:18-cv-00495-GSA        1

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date: *Oct. 10, 2018*  Law Offices of Lawrence D. Rohlfing

*/s/ Francesco Benavides for Denise Haley**
DENISE BOURGEOIS HALEY
(* *by email authorization on Oct. 9, 2018*)
Attorney for Plaintiff

Date: *Oct. 10, 2018*  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY:  */s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **October 14, 2018**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE