Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carrie Mae Gibson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE MAE GIBSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:18-cv-00495-GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Carrie Mae Gibson be awarded attorney fees and expenses in the amount of One Thousand Six Hundred dollars ($1,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

| | |
|---|---|
| 1 | After the Court issues an order for EAJA fees to Carrie Mae Gibson, the |
| 2 | government will consider the matter of Carrie Mae Gibson's assignment of EAJA |
| 3 | fees to Denise Bourgeois Haley. The retainer agreement containing the assignment |
| 4 | is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), |
| 5 | the ability to honor the assignment will depend on whether the fees are subject to |
| 6 | any offset allowed under the United States Department of the Treasury's Offset |
| 7 | Program. After the order for EAJA fees is entered, the government will determine |
| 8 | whether they are subject to any offset. |
| 9 | Fees shall be made payable to Carrie Mae Gibson, but if the Department of |
| 10 | the Treasury determines that Carrie Mae Gibson does not owe a federal debt, then |
| 11 | the government shall cause the payment of fees, expenses and costs to be made |
| 12 | directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment |
| 13 | executed by Carrie Mae Gibson.[1] Any payments made shall be delivered to Denise |
| 14 | Bourgeois Haley. |
| 15 | This stipulation constitutes a compromise settlement of Carrie Mae Gibson's |
| 16 | request for EAJA attorney fees, and does not constitute an admission of liability on |
| 17 | the part of Defendant under the EAJA or otherwise. Payment of the agreed amount |
| 18 | shall constitute a complete release from, and bar to, any and all claims that Carrie |
| 19 | Mae Gibson and/or Denise Bourgeois Haley including Law Offices of Lawrence |
| 20 | D. Rohlfing may have relating to EAJA attorney fees in connection with this |
| 21 | action. |
| 22 | This award is without prejudice to the rights of Denise Bourgeois Haley |
| 23 | and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act |

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 18, 2018    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorney for plaintiff Carrie Mae Gibson

DATED:    ALEX G. TSE
Acting United States Attorney

/s/ *Francesco Benavides*

FRANCESCO BENAVIDES
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated: **January 5, 2019**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE