UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARRIE MAE GIBSON,

        Plaintiff,

    v.

KILOLO KIJAKAZI, acting
Commissioner of Social Security,

        Defendant.

CASE NUMBER: 1:18-cv-00495-GSA

**ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR FEES**

On December 21, 2021, Plaintiff filed a motion for attorney fees. Defendant's response was due within 30 days thereof, by January 20, 2022. Defendant has not filed a response or indicated a lack of objection.

Accordingly, within 10 days of the entry of this order Defendant is **DIRECTED** to either substantively respond to Plaintiff's motion for fees or file a statement indicating no objection thereto.

IT IS SO ORDERED.

Dated:   **January 27, 2022**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE